Form 8

FORM 8. Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE NINTENDO OF AMERICA INC. ET. AL. v. _____

No. 2014____

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:  Nintendo of America Inc.
                                    Name of party

I am, or the party I represent is (select one):

[✓] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Jay Utley |
| Law firm: | Baker & McKenzie LLP |
| Address: | 2300 Trammell Crow Center, 2001 Ross Avenue |
| City, State and ZIP: | Dallas, Texas 75201 |
| Telephone: | 214.978.3000 |
| Fax #: | 214.978.3099 |
| E-mail address: | Jay.Utley@bakermckenzie.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[x] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 05/07/2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

April 11, 2014                                    _(signature)_
    Date                                 Signature of pro se or counsel

cc:   see attached certificate of service

123

# CERTIFICATE OF SERVICE

United States Court of Appeals
for the Federal Circuit
Misc. No. _____

-----------------------------------------------------------------)
IN RE NINTENDO OF AMERICA INC.,
MICRO ELECTRONICS, INC., HASTINGS
ENTERTAINMENT, INC., GAMESTOP CORP.,
BEST BUY STORES, L.P., BESTBUY.COM, LLC,
KMART CORPORATION, TARGET CORPORATION,
AND TOYS "R" US-DELAWARE, INC.,
                              *Petitioners*.
-----------------------------------------------------------------)

I, John C. Kruesi, Jr., being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by Cooley, LLP, attorneys for Petitioners to print this document. I am an employee of Counsel Press.

On the **11th Day of April, 2014**, I served the within **Entry of Appearance** upon:

| **Counsel** | **Party Represented** |
|---|---|
| **Brian Christopher Banner**<br>King & Spalding LLP<br>401 Congress Avenue, Suite 3200<br>Austin, TX 78701<br>512-457-2000<br>512-457-2100 (fax)<br>bbanner@kslaw.com<br><br>**Sanjeet Kumar Dutta**<br>Steptoe & Johnson LLP<br>1001 Page Mill Road<br>Building 4, Sute 150<br>Palo Alto, CA 94304<br>650-687-9500<br>650-687-9499 (fax)<br>sdutta@steptoe.com | ACCO Brands Corporation |

| Counsel | Party Represented |
|---|---|
| **Ravinder Singh Deol**<br>**Jennifer Klein Ayers**<br>**Steven G. Schortgen**<br>K&L Gates LLP<br>1717 Main Street, Ste 2800<br>Dallas, TX 75201<br>214-939-5976<br>214-939-5849 (fax)<br>ravi.deol@klgates.com<br>jennifer.ayers@klgates.com<br>steve.schortgen@klgates.com | ACCO Brands Corporation<br>Accell Corporation<br>DisplayLink Corp.<br>Hewlett Packard Company<br>IOGear, Inc.<br>LeanCode L.L.C. d/b/a Plugable Technologies<br>LeanCode LLC<br>SIIG, Inc.<br>Sewell Development Corporation<br>Sewell Development Corporation d/b/a Sewell Direct<br>StarTech.com USA L.L.P.<br>Targus, Inc.<br>Trippe Manufacturing Co.<br>Lenovo (Unied States) Inc.<br>1009 Think Place<br>Morrisville, NC 27560<br>Diamond Multimedia, Inc.<br>9650 DeSoto Ave<br>Chatsworth, Ca 91311 |
| **Dan Duncan Davison**<br>Fulbright & Jaworski<br>2200 Ross Avenue<br>Suite 2800<br>Dallas, TX 75201<br>214/855-8000<br>12148558200 (fax)<br>dan.davison@nortonrosefulbright.com | Amazon.com, LLC |
| **Debra Elaine Gunter**<br>Yarbrough Wilcox, PLLC<br>100 E. Ferguson Street<br>Ste 1015<br>Tyler, TX 75702<br>903-595-3111<br>debby@yw-lawfirm.com | Amazon.com, LLC<br>Best Buy Stores, L.P.<br>BestBuy.com, LLC<br>Game Stop Corporation<br>Hastings Entertainment, Inc.<br>K mart Corporation<br>Micro Electronics, Inc.<br>Target Corporation<br>Toys "R" Us-Delaware, Inc.<br>Nintendo of America, Inc. |

| Counsel | Party Represented |
|---|---|
| **Jay Forrest Utley**<br>Baker & McKenzie<br>2001 Ross Ave<br>Suite 2300<br>Dallas, TX 75201<br>214/978-3036<br>12149783099 (fax)<br>jay.utley@bakermckenzie.com | Amazon.com, LLC<br>Best Buy Stores, L.P.<br>BestBuy.com, LLC<br>Game Stop Corporation<br>Hastings Entertainment, Inc.<br>K mart Corporation<br>Micro Electronics, Inc.<br>Target Corporation<br>Toys "R" Us-Delaware, Inc.<br>Wal-Mart Stores Texas, LLC<br>Wal-Mart Stores, Inc.<br>Nintendo of America, Inc.<br>Amazon.com, Inc.<br>Nintendo Co., Ltd. |
| **Daniel Joseph O'Connor**<br>**Omar Dawood Galaria**<br>Baker & McKenzie<br>300 E Randolph Drive<br>Chicago, IL 60601<br>312.861.2790<br>312.698.2325 (fax)<br>daniel.oconnor@bakermckenzie.com<br>omar.galaria@bakermckenzie.com | Amazon.com, LLC<br>Best Buy Stores, L.P.<br>BestBuy.com, LLC<br>Hastings Entertainment, Inc.<br>K mart Corporation<br>Micro Electronics, Inc.<br>Target Corporation<br>Toys "R" Us-Delaware, Inc.<br>Nintendo of America, Inc.<br>Amazon.com, Inc.<br>Nintendo Co., Ltd. |
| **Stefani E Shanberg**<br>Wilson Sonsini Goodrich & Rosati PC<br>650 Page Mill Rd<br>Palo Alto, CA 94304-1050<br>650-565-3645<br>650-493-6811 (fax)<br>sshanberg@wsgr.com | DisplayLink Corp. |

| Counsel | Party Represented |
|---|---|
| **Herbert A Yarbrough, III**<br>Attorney at Law<br>100 E Ferguson<br>Suite 1015<br>Tyler, TX 75702<br>903/595-3111<br>19035950191 (fax)<br>trey@yw-lawfirm.com | Nintendo of America, Inc.<br>Amazon.com, LLC<br>Best Buy Stores, L.P.<br>BestBuy.com, LLC<br>Game Stop Corporation<br>Hastings Entertainment, Inc.<br>K mart Corporation<br>Micro Electronics, Inc.<br>Target Corporation<br>Toys "R" Us-Delaware, Inc. |
| **James Ellis Davis**<br>Ferguson, Braswell & Fraser, PC<br>2500 Dallas Parkway, Suite 260<br>Plano, TX 75093<br>972-378-9111<br>972-378-9115 (fax)<br>jdavis@dallasbusinesslaw.com<br>**Carl R Roth**<br>**Brendan Clay Roth**<br>**Amanda Aline Abraham**<br>The Roth Law Firm<br>115 N. Wellington, Suite 200<br>P.O. Box 876<br>Marshall, TX 75671-0876<br>903-935-1665<br>903-935-1797 (fax)<br>cr@rothfirm.com<br>br@rothfirm.com<br>aa@rothfirm.com<br>**Kelly James Kubasta**<br>**Casey Lee Griffith**<br>Klemchuk Kubasta, LLP<br>Campbell Centre II,10th Floor<br>8150 North Central Expressway<br>Dallas, TX 75206<br>214/367-6000<br>214/764-6673 (fax)<br>kelly.kubasta@kk-llp.com<br>casey.griffith@kk-llp.com | Secure Axcess, LLC |

| Counsel | Party Represented |
|---|---|
| **Michael Charles Smith**<br>Siebman Burg Phillips & Smith, LLP<br>P O Box 1556<br>Marshall, TX 75671-1556<br>903-938-8900<br>19727674620 (fax)<br>michaelsmith@siebman.com<br><br>**Rachelle H Thompson**<br>McGuireWoods LLP - Raleigh<br>434 Fayetteville Street<br>Suite 2600<br>Raleigh, NC 27611<br>919.755.6572<br>919.755.6591 (fax)<br>rthompson@mcguirewoods.com | Wal-Mart Stores Texas, LLC<br>Wal-Mart Stores, Inc. |

**via Express Mail and E-Mail,** by causing 2 true copies of each to be deposited, enclosed in a properly addressed wrapper, in an official depository of the U.S. Postal Service.

Additional, a copy will be sent to these U.S. District Judges:

> HON. RODNEY GILSTRAP, JUDGE
> U.S. DISTRICT COURT FOR THE
> EASTERN DISTRICT OF TEXAS
> Sam B. Hall, Jr. Federal Building
> and United States Courthouse
> 100 East Houston Street
> Marshall, Texas 75670
> PHONE: (903) 935-3868
> FAX: (903) 935-2295

   Unless otherwise noted, the required copies and a pdf copy on disk, have been hand-delivered to the Court on the same date as above.

April 11, 2014

_____
John C. Kruesi, Jr.
Counsel Press