NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE NINTENDO OF AMERICA, INC., MICRO ELECTRONICS, INC., HASTINGS ENTERTAINMENT, INC., GAMESTOP CORP., BEST BUY STORES, L.P., BESTBUY.COM, LLC, KMART CORPORATION, TARGET CORPORATION, TOYS 'R' US-DELEWARE, INC.,**
*Petitioners.*

———————————

2014-132

———————————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in Nos. 2:13-cv-00032-JRG and 2:13-cv-00289-JRG, Judge J. Rodney Gilstrap.

———————————

**ON PETITION**

———————————

Per Curiam.

**O R D E R**

Nintendo of America, Inc. et al. submit a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to vacate its March 7, 2014 order and grant their motion to sever and transfer the case against Nintendo to the United States District Court for the Western District of Washington.

2                    IN RE NINTENDO OF AMERICA, INC.


Upon consideration thereof,

IT IS ORDERED THAT:

Secure Axcess, LLC is directed to respond to the petition no later than seven days after the date of issuance of this order. Any reply by petitioners is due no later than five days from the date of service of the response. The parties should not anticipate any extensions of time.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s19