NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE NINTENDO OF AMERICA, INC., MICRO ELECTRONICS, INC., HASTINGS ENTERTAINMENT, INC., GAMESTOP CORP., BEST BUY STORES, L.P., BESTBUY.COM, LLC, KMART CORPORATION, TARGET CORPORATION, AND TOYS 'R' US-DELAWARE, INC.,**
*Petitioners.*

---

2014-132

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in Nos. 2:13-cv-00032-JRG and 2:13-cv-00289-JRG, Judge J. Rodney Gilstrap.

---

**ON PETITION**

---

Before LOURIE, *Circuit Judge*.

**O R D E R**

Consumer Electronics Association moves for leave to file a brief amicus curiae in support of petitioners.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                    FOR THE COURT

                    <u>/s/ Daniel E. O'Toole</u>
                    Daniel E. O'Toole
                    Clerk of Court

s19