NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE NINTENDO OF AMERICA, INC., TOYS 'R' US-DELAWARE, INC., MICRO ELECTRONICS, INC., HASTINGS ENTERTAINMENT, INC., GAMESTOP CORP., BEST BUY STORES, L.P., BESTBUY.COM, LLC, KMART CORPORATION, AND TARGET CORPORATION,**
*Petitioners.*

---

2014-132

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in Nos. 2:13-cv-00032-JRG and 2:13-cv-00289-JRG, Judge J. Rodney Gilstrap.

---

**ON PETITION**

---

Per Curiam.

**O R D E R**

Nintendo of America, Inc. et al. submit a motion to stay all district court proceedings pending this court's ruling on its petition for a writ of mandamus seeking severance and transfer.

Upon consideration thereof,

IT IS ORDERED THAT:

Secure Axcess, LLC is directed to respond to the motion no later than May 16, 2014. Any reply by Nintendo is due no later than May 20, 2014. The parties should not anticipate any extensions of time.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19